No. 392. CALIFORNIA DELTA FARMS, INC. *v.* CHINESE AMERICAN FARMS, INC. Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed on the authority of § 237 (a) of the Judicial Code, as amended by the act of Feb. 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction, on the ground that the decree sought to be reviewed is not a

final one. *Haseltine* v. *Central Bank of Springfield*, 183 U. S. 130, 131; *Schlosser* v. *Hemphill*, 198 U. S. 173, 175; *Arnold* v. *United States for the use of Guimarin & Co.*, 263 U. S. 427, 434. *Mr. F. Eldred Boland* for appellant. *Mr. Albert H. Elliott* for appellee.